UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN LEBLANC,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
_____/

Case No. 17-cv-10332
Hon. Matthew F. Leitman

## ORDER (1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #11) AND (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #10)

In this action, Plaintiff Susan Leblanc challenges the denial of her application for disability benefits. (*See* Compl., ECF #1.) Leblanc and the Commissioner of Social Security (the "Commissioner") have now filed cross-motions for summary judgment. (*See* ECF ## 10, 11.)

On February 25, 2018, the assigned Magistrate Judge issued a Report and Recommendation recommending that the Court grant the Commissioner's motion and deny Leblanc's motion (the "R&R"). (*See* ECF #12.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.* at Pg. ID 526-27.)

1

Leblanc has not filed any objections to the R&R.  The failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).

Accordingly, because Leblanc has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant the Commissioner's Motion for Summary Judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) the Commissioner's Motion for Summary Judgment (ECF #11) is **GRANTED** and (2) Leblanc's Motion for Summary Judgment (ECF #10) is **DENIED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: March 15, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 15, 2018, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764